## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

HARRIET J. LEWIS

Debtors.

Case No. 26-40575

Chapter 13

## ORDER SETTING EVIDENTIARY HEARING

On May 18, 2026, Magnifi Financial Credit Union (the "Movant") filed its *Notice of Hearing and Motion for Relief from the Automatic Stay* [Dkt. No. 52]. The above-referenced Debtor timely filed a response [Dkt. No. 57]. Hearings on the motion and response were held on June 9, 30, and July 21 2026. Appearances were made by the pro se Debtor; and Atle Saterbak for the Movant. The parties agreed that an evidentiary hearing is necessary.

Therefore,

**IT IS ORDERED:**

1. An evidentiary hearing will be held on **Thursday August 20, 2026** at **10:30 AM** in Courtroom 7 West, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, before Judge William J. Fisher. Evidence will be taken at the hearing.

2. Parties shall prepare, serve, and file the following by **August 13, 2026**:

   a. A joint stipulation of undisputed facts;

   b. A joint stipulation regarding admissibility of exhibits and depositions;

   c. Separate final witness lists containing the names, addresses, and brief summary of testimony of each witness the party will call. A person not listed on this list may not testify during the party's case-in-chief;

   d. Separate final exhibit lists containing a description of all exhibits to be offered at the hearing. Exhibits not on this list may not be offered during the party's case-in-chief. Each exhibit shall be marked and the list shall identify the exhibits by their letters or numbers. All pages of each exhibit shall have bate-stamped page numbers. The Debtor shall designate all exhibits by letter, and the Movant shall designate all exhibits by number. **Each party shall also prepare two courtesy binders with hard copies of exhibits to provide to the Court.**

3. Parties shall file their exhibits by **<u>Friday, August 14, 2026</u>**. Guidance on how to file exhibits can be found on the Court's website: https://www.mnb.uscourts.gov/attorney-procedures.

4. The Movant shall file and serve notice of the evidentiary hearing all required parties not previously served pursuant to the Federal Rules of Bankruptcy Procedure and Local Rules. The notice shall provide that such parties shall have until June 22, 2026 to respond to the Motion.

5. Failure to comply with this order may result in the imposition of sanctions.

**BY THE COURT:**

s/ William J. Fisher

Dated:  *July 22, 2026*

_____

William J. Fisher
United States Bankruptcy Judge